UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

APR 23 2009

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

_Arthur Ballinger IV_     _D.O.C. # 92016_

_____

_____

_____

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** _2:09-0414_

*(Number to be assigned by Court)*

_Dr. Dagher_
_Dr. Gajendragaakar_

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.     **Previous Lawsuits**

    A.     Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

        Yes __✓__      No _____

1

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs: _Arthur Ballinger IV D.O.C.# 42016_

Defendants: _C.O. Adams_
_C.O. Young_

2.   Court (if federal court, name the district; if state court, name the county);

_UNITED STATES DISTRICT COURT_

3.   Docket Number: _Still pending_

4.   Name of judge to whom case was assigned:

_Still pending_

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_Still pending_

6.   Approximate date of filing lawsuit: _Still pending_

7.   Approximate date of disposition: _Still pending_

2

II.    **Place of Present Confinement:** MT. Olive Correctional Complex

    A.    Is there a prisoner grievance procedure in this institution?

             Yes ✔        No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

             Yes ✔        No _____

    C.    If you answer is YES:

        1.    What steps did you take? g1 to captain, appeal to warden and commissioner

        2.    What was the result? denied on every level, commissioner ordered that I be seen by medical

    D.    If your answer is NO, explain why not: _____

             _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: Arthur Ballinger II 42016

        Address: MT. Olive Correctional complex

    B.    Additional Plaintiff(s) and Address(es): _____

        _____

        _____

        _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.     Defendant: _____

       is employed as: _____

       at _____

D.     Additional defendants: _____

       _____

       _____

       _____

## IV.     Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was beaten by officer Young and officer Adams and several other officers, (now) I am losing my eyesight and the eye doctor said I need a cornea transplant I have been losing my eyesight ever since the beating and the eye doctor said I have

I filed a lawsuit about the beating, shortly after I started losing my eyesight, I saw the eye doctor and he said that I had a scar on my right eye and asked if I had sustained an injury recently and I told him about the beating, he said I needed a cornea transplant and gave me glasses, then my eye sight got worse and I saw him again and he said my eye sight would continue to get worse, the doctor told me in a sick call meeting that nothing could be done while in prison as the eye doctor said it was not practical and cant be done in prison, I had my grandmother call the prison I was pulled into the Captains office and was basically threatened, for my grandmother calling up here, my eye sight is worsening. My eye sight is become worse and worse as a result of the beating and medical will do nothing about it, I still havent seen the ~~medical~~ medical unit concerning this a-1 from the commissioner thru Ms Sotak. Respectfully and thank you

IV.   **Statement of Claim** (continued):

scars on my eye's and I need a
cornea transplant and they are
denying me treatment saying it is
not life threatening and not
practical to be done in prison
but I can barely see and my
eyesight continues to get worse.
The doctor and eye doctor wont
give me the proper medical attention
I need. I also have chipped teeth from the
V.   **Relief** beating, but my eyesight is the concern

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I want the court to order fiscal
damages or order treatment be
done for my eyesight respectfully
asking, which ever can be granted
by this honorable court.

**V.      Relief (continued)):**

_____

_____

_____

_____

_____

_____


**VII.   Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No _√_

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _I do not have any money_

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No _√_

6

If so, state the lawyer's name and address:

_____

_____

Signed this __6th__ day of __April_____, 20 _09_.

*Arthur Ballinger II*

*420 16*

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-8-09_____.
            (Date)

*Arthur Ballinger II*

Signature of Movant/Plaintiff   *420 16*

_____

Signature of Attorney
(if any)

7

447



**STATE OF WEST VIRGINIA**
**DEPARTMENT OF MILITARY AFFAIRS & PUBLIC SAFETY**
**DIVISION OF CORRECTIONS**



West Virginia
Division of
Corrections

*JOE MANCHIN III*
*GOVERNOR*

*JIM RUBENSTEIN*
*COMMISSIONER*     Q 1- 403

*JAMES W. SPEARS*
*SECRETARY*

OFFICE OF THE COMMISSIONER
112 CALIFORNIA AVENUE-STATE CAPITOL COMPLEX
BUILDING 4, ROOM 300
CHARLESTON, WV 25305-0280
(304) 558-2036 Telephone - (304) 558-5934 Fax

## MEMORANDUM

**TO:**        Arthur Ballinger, DOC #42016

**THRU:**      David Ballard, Warden MOCC

**FROM:**      Jim Rubenstein, Commissioner by
               Charlene Sotak, Inmate Grievance Coordinator

**DATE:**      April 6, 2009

**RE:**        09-MOCC-Q2-145

In his grievance the inmate alleges that he was told by the eye doctor that he needs to have a cornea transplant but that it was not practical to be done while in prison. The inmate also alleges that he can barely see.

Therefore, this grievance is remanded to the warden with instructions that the inmate be seen by medical forthwith.

*Charlene Sotak*



RECEIVED

RECEIVED

MAR 2 0 2009

Q2

APR 0 1 2009

West Virginia Division of Corrections
Inmate Grievance Form

Policy Directive 335.00
01 September 2007
Attachment #1

*374*

Grievance No. 09 MOCC Q2 145

Arthur Ballinger IV   WARDEN'S 42016   3-19-09
Inmate Name   Q2-512   DOC #   Date of Grievance

Grievance is initiated by tendering this document to Unit Manager: Capt. Mcloud

State Nature of Grievance/Issue to be Addressed – [Note: One (1) issue per grievance; be concise]:
I saw the doctor and he acknowledged that the eye doctor said I need a cornea transplant, but said it was not practical to be done while in prison, I can barely see, I need something done about this, this is the 2nd g-1 I have filed on this matter, the first one was not answered. Thank you

Inmate's Signature: Mr. Arthur Ballinger IV   [The inmate may attach one (1) 8.5 x 11 sheet if necessary at this level only.]

Unit Manager's Response (attach additional sheet if needed): Mr. Ballinger, if your having medical issues you need to submit a sick call slip.

Signature of Unit Manager: Capt. McL   Date: 20 March 2008

Resolved: _____ (If so, initial and give copy to Unit Manger) Appealed to Warden/Administrator: AB (initial)

If no response at initial level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames as set forth in Policy Directive 335.00.

Inmate's Signature: _____   Date: _____

Action by Warden/Administrator:   _____ Remand to Unit for further action   _____ Affirm unit and deny grievance

   ✓ Grant the Grievance as specified   _____ Reject for failure to follow grievance
   above and below.   procedure

   _____ Deny for reasons other than specified at unit level
Comments: Please submit an Inmate Health Services request form to the medical department so that you can discuss your concerns with a medical professional.

_____   26 Mar 2009   (Warden/Administrator may attach
Warden/Administrator's Signature   Date   additional sheets, if necessary.)

Resolved: _____ (If so, initial and give copy to Unit Manager)   Appealed to Commissioner: ✓ AB (Initial)

If no response at Warden/Administrator's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

Inmate's Signature: _____   Date: _____

Action by Commissioner: _____ ✓ Remand to Warden/Administrator/Unit for Further Action

   _____ Affirm Warden/Administrator and Deny Grievance

_____ Grant the Grievance, as specified   _____ Reject for failure to follow procedure   _____ Deny for reasons other than specified at unit level

Charlene Sotak   4-6-09
Signature of Commissioner/Designee   Date of Action

(Commissioner's response may include additional sheets, if necessary.)

Pursuant to this policy, the Warden/Administrator may set forth procedures to allow for the Unit Manager to designate staff to respond.

Arthur Ballinger III
MT. Olive correctional
complex
one Mountainside Way
MT. Olive W.V. 25185
D.O.C. # 42016-1
Q1 pod 4, 403

Clerk of the UNITED
STATES DISTRICT COURT
110 North Herber Street
Room 119
BECKley, W.V. 25801

CORRESPONDANCE FROM INMATE
MT. OLIVE CORRECTIONAL COMPLEX



APR 22 2009